

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2014

No. 04-14-00242-CR

Rudy **MENDEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2880
Honorable Melisa Skinner, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Reporter's Record is hereby GRANTED. The reporter's record is due July 31, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2014.

_____
Keith E. Hottle
Clerk of Court